| DATE:<br>LOCATION:<br>JUDGE:<br>DEP CLERK:<br>REPORTER:<br>USPO:<br>INTERPRETER: | | CASE NO.: | USA V. |
|---|---|---|---|
| | | Counsel for Government: | Counsel for Defendant: |

| **SENTENCING HEARING** | **BEGIN:** | **ADJOURN:** | **TOTAL TIME:** |
|---|---|---|---|

| **PRESENTENCE REPORT:**<br><br>Adopted in Its Entirety | Objections and Court Ruling<br><br>PSR CHANGED AS FOLLOWS: | |
|---|---|---|
| **PLEA AGREEMENT:** | ACCEPTED     REJECTED<br><br>Plea Agreement (and Factual Basis, Stipulation, Elements if sealed) **UNSEALED** pursuant to Local Rule CR-49. | |
| **CRIME VICTIMS:** | NONE | Victims Addressed the Court: |
| **MOTIONS:**<br><br>None | Govt's Motion:     GRANTED     DENIED<br>Dft's Motion:     GRANTED     DENIED<br>Other: | |
| **ALLOCUTION:** | Dft DID allocute     Dft DID NOT allocate | |

## IMPOSITION OF SENTENCE:

| COUNT | CUSTODY | Consecutive or Concurrent w/ | FINE | RESTITUTION | SPECIAL ASSESSMENT |
|---|---|---|---|---|---|
| | | | | | |
| | | | Interest Waived | Interest Waived | |
| | | | | | |

## BOP RECOMMENDATIONS:

| DESIGNATION: | Substance Abuse Treatment<br>Sex Offender Treatment<br>Other: | Mental Health Treatment<br>Financial Responsibility<br>NONE |
|---|---|---|

## SUPERVISION:

| YEARS | Mandatory and Special Conditions as set forth in Presentence Report<br>No Term of Supervision |
|---|---|
| Other Conditions | |

| **Dft advised of right to APPEAL & Court Appointed Counsel** | **REMAINING COUNTS:     NONE**<br>**Govt moved to dismiss.  Court granted.** |
|---|---|
| **FORFEITURE:** | |

## CUSTODY:

# ADDITIONAL PROCEEDINGS:

Began at 10:03 with a break at 11:47. Resumed at 1:04 and finished at 3:22.

OBJECTIONS AND COURT RULINGS TO PSR:

Objections by defendant - regarding acceptance of responsibility; overruled
regarding appropriate drug quantity of possession; overruled
regarding drugs coming from Mexico; overruled

Special Agent Daniel Kelly was called by Mr. Hornok to testify regarding Mr. Van Cleef's second objection regarding appropriate drug quantity of possession.

Objections by plaintiff - regarding offense level computations; overruled
regarding maximum punishment; overruled
regarding perjury enhancement/obstruction; overruled